

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-18-00128-CV

VERDANT VENTURES LP; ACRES HOME REALTY CORP; AND THE REAL PROPERTY KNOWN AS 8503 NORTH FREEWAY, HOUSTON, TEXAS 77037, Appellants

V.

THE CITY OF HOUSTON, ET AL., Appellees

Appeal from the 61st District Court of Harris County. (Tr. Ct. No. 2016-17739).

**TO THE 61ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 20th day of March 2018, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the order signed by the trial court on February 5, 2018. After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellants, Verdant Ventures LP, Acres Home Realty Corp, and the Real Property Known as 8503 North Freeway, Houston, Texas 77037. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that appellate costs be taxed, jointly and severally, against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 20, 2018.

Per curiam opinion delivered by panel consisting of Justices Jennings, Keyes, and Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

